FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MONICA RAEVEN LINKER,<br><br>    Defendant. | No. 4:19-CR-06002-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

A supervised release revocation hearing in the above-captioned case was held on April 11, 2024 in Spokane, Washington. Pending before the Court is Defendant's Motion to Modify Supervised Release Condition, ECF No. 159. The Government was represented by David Herzog. Defendant was present, out of custody, and represented by Carter Powers Beggs.

At the hearing, Defendant admitted to alleged Violation No. 1 and the Court found the violation committed. For the reasons stated on the record, the Court denied the motion to modify supervised release conditions and continued Defendant on the current term of supervised release. This Order memorializes the Court's oral rulings.

//
//
//
//
//

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1.    Violation No. 1 is **COMMITTED**.

2.    Defendant's Motion to Modify Supervised Release Condition, ECF No. 159, is **DENIED**.

3.    No sanction is imposed and the supervised release remains the same with all the same conditions.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 16th day of April 2024.

Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 2**