FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA RAEVEN LINKER,<br><br>Defendant. | No. 4:19-CR-06002-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

A supervised release revocation hearing in the above-captioned matter was held on April 14, 2026. Defendant was present, out of custody, and represented by Carter Powers Beggs. The Government was represented by David Herzog.

At the hearing, Defendant admitted to Violation No. 1, and the Court found the violation committed. The Court imposed no custodial sanction and continued Defendant on the current term of supervised release. The Court ordered Defendant to re-engage in sex offender treatment, in accordance with the previously imposed conditions of supervised release. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Violation No. 1 is **COMMITTED**.

2.      No custodial sanction is imposed, and the current term of supervised release remains the same with all the conditions previously imposed. Defendant is ordered to re-engage in sex offender treatment, in accordance with the previously

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING * 1**

imposed conditions of supervised release.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 17th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING * 2**